UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL WRIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-16351** |
| **ROBERT TANNER, WARDEN** | **SECTION "S"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The petitioner objects to the Report and Recommendation arguing that "the equitable tolling of one year under the A.E.D.P.A. Act is unconstitutional," but the petitioner does not cite any authority to support that statement or provide facts that would entitled him to equitable tolling. Therefore,

**IT IS ORDERED** that the petition of Michael Wright for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this \_\_\_13th\_\_\_ day of \_\_\_\_September\_\_\_\_, 2017.

_____
UNITED STATES DISTRICT JUDGE