**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MICHAEL WRIGHT**                                                  **CIVIL ACTION**

**VERSUS**                                                          **NO.  16-16351**

**ROBERT TANNER, WARDEN**                                           **SECTION "S"(2)**

## CERTIFICATE  OF  APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus

proceeding, in which the detention complained of arises out of process issued by a state court,

the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R.

App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made
a substantial showing of the denial of a constitutional right related to the
following issue(s):


____X____    a certificate of appealability shall not be issued for the following reason(s):
An appeal would not be taken in good faith for the reasons explained in the
United States Magistrate Judge's Report and Recommendation (Doc. #13),
which was adopted as the opinion of this court.


        New Orleans, Louisiana, this __13th__ day of _____September_____, 2017.


                                        _____
                                            UNITED STATES DISTRICT JUDGE