UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL WRIGHT | CIVIL ACTION |
| VERSUS | NO. 16-16351 |
| ROBERT TANNER, WARDEN | SECTION "S"(2) |

### J U D G M E N T

The court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent, Warden Robert Tanner, and against petitioner, Michael Wright, dismissing Wright's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254 with prejudice as time-barred.

New Orleans, Louisiana, this __13th__ day of __September__, 2017.

_____
UNITED STATES DISTRICT JUDGE